UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>)<br>Jose Bueno )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 07cr3256·BTM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court))

Raul Gutierrez-Guerra

DATED: 12-4-07

RECEIVED _____
DUSM

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70062