AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
SEP 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.
Jose Bueno

**SUMMONS IN A CRIMINAL CASE**

Case Number:     07cr3256-001-BTM

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | |
|---|---|
| United States District Court for the Southern District of California<br>940 Front Street<br>San Diego, CA 92101 | **Room**<br>Courtroom 15 |
| | **Date and Time**<br>September 19, 2008 at 10:30 a.m. |
| Before: The Honorable Judge Barry Ted Moskowitz | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   X Probation Violation Petition

Charging you with a violation of Title   **8**   United States Code, Section(s)   **3606**

Brief description of offense:
Violation of conditions of supervision

_____
Signature of Issuing Officer

September 4, 2008
Date

V. Trujillo, Deputy
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | Sept 10, 2008 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 101 W. Broadway, Suite 700, San Diego CA 92101

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   Sept 10, 2008
           Date

E. Peter Nover
Name of United States Marshal~~ Probation Officer

E P N
(by) ~~Deputy United States Marshal~~

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.